**Opinion issued April 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

**NO. 01-26-00179-CR**

**NO. 01-26-00180-CR**

———————————————

**BRELIN KEITHIAN COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Case No. 1824733 and 1824734**

## MEMORANDUM OPINION

After a jury trial, appellant was convicted in trial court cause number 1824733 of the offense of sexual assault and was sentenced on September 25, 2025 to 10 years in the Correctional Institutions Division of the Texas Department of Criminal Justice. In trial court cause number 1824734, appellant was convicted of the offense of burglary with intent to commit other felony and was sentenced on September 25,

2018 to 10 years in the Correctional Institutions Division of the Texas Department of Criminal Justice, with the two sentences to run concurrently. The trial court certified that these cases were not plea-bargain cases and that appellant had the right to appeal. Appellant did not file his notices of appeal until February 11, 2026.

In criminal cases, the deadline for filing a notice of appeal is thirty days after sentence is imposed, unless appellant files a timely motion for new trial. *See* TEX. R. APP. P. 26.2(a). Because the clerk's records contain no motions for new trial, appellant's notices of appeal were due thirty days after September 25, 2025, or by October 26, 2025. Because appellant did not file his notices of appeal until February 11, 2026, the notices of appeal were not timely filed. Without a timely-filed notice of appeal, we lack jurisdiction. *See* TEX. R. APP. P. 25.1.

On March 10, 2026, the Court issued notices in these two appeals concerning the untimely notices of appeal and requesting a response from appellant. No responses were received.

Accordingly, we dismiss these appeals for lack of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 209 (Tex. Crim. App. 1998); TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.
Do not publish. TEX. R. APP. P. 47.2(b).